UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ZICHERMAN, Derivatively on Behalf of HEMISPHERX BIOPHARMA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM A. CARTER, THOMAS K. EQUELS, IRAJ E. KIANI, WILLIAM M. MITCHELL, RICHARD C. PIANI, DAVID STRAYER and CHARLES T. BERNHARDT, <br><br> Defendants, <br><br> -and- <br><br> HEMISPHERX BIOPHARMA, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:13-cv-00243-WY |

## PLAINTIFF'S UNOPPOSED MOTION IN SUPPORT OF PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23.1(c), Plaintiff Mark Zicherman ("Plaintiff") hereby moves unopposed for preliminary approval of the proposed Settlement set forth in the Stipulation and Agreement of Settlement (the "Stipulation") dated April 27, 2016, attached to the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, filed contemporaneously herewith, as Exhibit 1.  Plaintiff respectfully requests that this Court enter an order providing for, among other things:  (1) preliminary approval of the Settlement[1] as set forth in the Stipulation; (2) approval of the method of providing notice of the

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation.

1

Settlement to Hemispherx Biopharma, Inc. shareholders; (3) approval of the form of the Notice and Summary Notice attached as Exhibits B and C, respectively, to the Stipulation; and (4) setting a date for the Settlement Hearing for the purpose of determining whether the Settlement, including Plaintiffs' counsel's Fee and Expense Award, should be finally approved as fair, reasonable, and adequate.

Dated:  May 9, 2016                                    Respectfully submitted,


                                                       */s/ William B. Federman*
                                                       William B. Federman
                                                       FEDERMAN & SHERWOOD
                                                       10205 N. Pennsylvania Avenue
                                                       Oklahoma City, OK 73120
                                                       Phone: (405) 235-1560
                                                       Fax: (405) 239-2112
                                                       wbf@federmanlaw.com

                                                       Brian M. Felgoise
                                                       FELGOISE LAW FIRM
                                                       261 Old York Road, Suite 518
                                                       Jenkintown, PA 19046
                                                       Phone: (215) 886-1900
                                                       Fax: (215) 886-1909
                                                       felgoiselaw@verizon.net

                                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 9, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's CM/ECF system.

                                        */s/ William B. Federman*
                                        William B. Federman